## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 13th day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

William T. Green, Esquire
*William T. Green, III, P.C.*
11 Greenway Plaza, Suite 2820
Houston, TX 77046

                                                                                    _____
                                                                                    Mary E. Augustine (No. 4477)